ACCEPTED
06-15-00032-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/16/2015 1:26:42 PM
DEBBIE AUTREY
CLERK

No. 06-15-00032-CV

**In the Court of Appeals**

**Sixth Judicial District**

**Texarkana, Texas**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/16/2015 1:26:42 PM
DEBBIE AUTREY
Clerk

*In re* CARLTON SEWELL, Relator

**Original Proceeding from the County Court at Law of Hopkins County, Texas**

**PETITION FOR WRIT OF MANDAMUS**

**REAL PARTIES IN INTEREST'S MOTION FOR STAY
OF TRIAL COURT PROCEEDINGS**

COME NOW, Real Parties In Interest ("RPI"), moving the Court to stay the trial court proceedings pending disposition of RPI's Motion For Rehearing En Banc, and would respectfully show the Court as follows:

On August 25, 2015 the Court entered an order, conditionally granting the writ of mandamus in this case. The mandate required the trial court to vacate its July 7, 2015 Order, which denied Relator's Motion to Withdraw Deemed Admissions, and to enter an order granting Relator's Motion to Withdraw Deemed Admissions. On September 2, 2015 the Court denied RPI's Motion for Rehearing.

On even date of this Motion For Stay of Trial Court Proceedings, RPI are filing a Motion For Reconsideration En Banc. The RPI ask the Court to grant RPI a stay of trial court proceedings, pending the disposition of RPI's Motion For Reconsideration En Banc.

PRAYER

RPI pray the Court to issue an order staying trial court proceedings until disposition of RPI's

1

Motion For Rehearing En Banc;  and, for such other and further relief to which the RPI may be justly entitled.

Respectfully submitted,

_____
Chad Cable
State Bar No. 03575300
323 Gilmer Street
Sulphur Springs, Texas  75482
(903) 885-1500 Telephone
(903) 885-7501 Telecopier

ATTORNEY FOR CONTESTANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the _____16____ day of  September, 2015, a true and correct copy was served on to Brad McCampbell, P.O. Box 38, Emory, Texas 75440, FAX (903) 473-3069,  attorney of record or party in accordance with the Texas Rules of Civil Procedure.

_____
Chad Cable

## CERTIFICATE OF CONFERENCE

This will certify that undersigned counsel has attempted to contact opposing counsel via telephone but has been unsuccessful.

_____
Chad Cable